IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATCHY TECHNOLOGY PRIVATE LIMITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>BROAD SKY NETWORKS, LLC,<br><br>    *Defendant*. | Case No. 22-cv-00721 (CFC)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S STATEMENT REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Pursuant to this Court's Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff, Watchy Technology Private Limited (hereinafter, "Watchy" or "Plaintiff"), hereby respectfully states that the sole Third-Party Funder for Plaintiff is Patent Asset Management Advisors, LLC ("PAMA"), a Florida limited liability company, with an address of 1 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301. The approval of PAMA is not necessary for litigation or settlement decisions in this action. The nature of the financial interest of PAMA is a split of any recoveries with Plaintiff.

Dated: July 5, 2022

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
PHILLIPS, MCLAUGHLIN & HALL, P.A.
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan
PALAVAN & MOORE, PLLC

2

5353 West Alabama Street, Suite 303
Houston, Texas 77056
Telephone: (832) 303-0704
Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

*Attorneys for Plaintiff,*
*Watchy Technology Private Limited*